UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANQUENITA S. HALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WENDY SMITH, CPS Worker; BRIAN BOUKNIGHT, CPS Supervisor,<br><br>　　　　Defendants. | No. 2:18-cv-02488-MCE-EFB PS<br><br><br><br>ORDER |

On March 4, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed March 4, 2020, are ADOPTED; and

////

////

////

2. Plaintiff's motion to transfer her state court child custody case to federal court (ECF No. 9) is denied.

IT IS SO ORDERED.

DATED: March 24, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE