UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANQUENITA S. HALL,<br><br>Plaintiff,<br><br>v.<br><br>WENDY SMITH, CPS Worker; BRIAN BOUKNIGHT, CPS Supervisor,<br><br>Defendants. | No. 2:18-cv-02488-MCE-EFB PS<br><br><br><br>ORDER |

On April 13, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed April 13, 2020, are ADOPTED; and

////

////

////

2. This action is DISMISSED without prejudice for failure to state a claim as set forth in the March 4, 2020 order (ECF No. 14).

IT IS SO ORDERED.

Dated: May 11, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2